# EXHIBIT

# 20



Alliance Pipeline Inc.
6385 Old Shady Oak Road
Suite 150
Eden Prairie, MN
55344

Toll-Free 1-877-733-3183

July 1, 2015

## *2015 PROGRAM CHANGE*

Dear Landowner/Tenant:

After fifteen years, the Alliance Pipeline L.P. (Alliance) crop yield program has reached the end of its life, and will be terminated in 2015.

Alliance wants to thank everyone that has participated in the program over the years. The yield information collected during the life of program has provided valuable insights and led to the development of many innovative restoration/reclamation concepts.

Alliance does want to reaffirm that the termination of the voluntary program does not end Alliance's commitment and obligation to reimburse for any damages that you may incur as the result of operational activity that Alliance will still be performing from time to time. Alliance will continue to notify you in advance of planned operational activity and continue to work with you to minimize the impact of such activity to the best of our ability.

If you have any questions or concerns regarding this change, please contact your local Alliance Land, Right of Way and Corridor Representative or Alliance Pipeline at (877) 733-3183.

| North Dakota | Matt Daly | (701) 845-1929 ext. 3328 |
| --- | --- | --- |
| Minnesota | Randy Phillips | (507) 625-2404 ext. 3435 |
| Iowa | Paul Kleist | (563) 357-0795 |
| Illinois | Chris Cleveland | (815) 370-3520 |

Sincerely,

Kenneth M. Goulart
Manager, Land, Right-of-Way and Corridor

To reference overview maps of pipelines in your area visit the National Pipeline Mapping System: www.npms.phmsa.dot.gov. NPMS should never be used as a substitute for contacting 811 or your local One-Call Center prior to any excavation activities.

For more information on Alliance Pipeline (including Pipeline Safety, Damage Prevention and an overview of the Integrity Management Plan) visit our website: www.alliance-pipeline.com



Know what's **below.**
**Call** before you dig.

*Alliance Pipeline Inc. is the Managing General Partner of Alliance Pipeline L.P.*

LISA Event - 2733