# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| H & T Fair Hills, Ltd., Mark Hein, Debra Hein, Nicholas Hein, Norman Zimmerman, Donna Zimmerman, Steven Wherry, Valerie Wherry, Robert Ruebel, Mary Ruebel and Larry Ruebel, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Alliance Pipeline L.P. a/k/a Alliance USA,<br><br>    Defendant. | Court File No. 19-cv-01095 (JNE/BRT)<br><br><br>**DEFENDANT'S MOTION TO COMPEL REMOTE DEPOSITIONS** |

Defendant Alliance Pipeline L.P. a/k/a Alliance USA ("Alliance"), through its attorneys, moves the Court for an order compelling Plaintiffs to conduct all depositions remotely and not in-person. Alliance bases this motion on this action's files, records, oral arguments, and its briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated:  August 7, 2020

    *s/ Nicole M. Moen*
    Nicole M. Moen (#0329435)
    Haley L. Waller Pitts (#0393470)
    Samuel M. Andre (#0399669)
    **FREDRIKSON & BYRON, P.A.**
    200 South Sixth Street, Suite 4000
    Minneapolis, MN  55402-1425
    Telephone: 612.492.7000

2

Facsimile:  612.492.7077
nmoen@fredlaw.com
hwallerpitts@fredlaw.com
sandre@fredlaw.com

***Attorneys for Defendant
Alliance Pipeline L.P.***

70622477 v1