UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

H & T Fair Hills, Ltd., Mark Hein, Debra Hein, Nicholas Hein, Norman Zimmerman, Donna Zimmerman, Steven Wherry, Valerie Wherry, Robert Ruebel, Mary Ruebel, and Larry Ruebel, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Case No. 19-cv-1095 (JNE/DTS)
ORDER

Alliance Pipeline L.P., a/k/a Alliance USA,

Defendant.

Defendant moved "for an order . . . allowing the parties to conduct crop assessments on the Named Plaintiffs' fields this fall." The Honorable David T. Schultz, United States Magistrate Judge, granted the motion. Plaintiffs objected, stating that "the parties are proceeding with the crop assessments" and that they objected "to preserve their rights and to request exclusion of the evidence obtained." The Order granting Defendant's motion for crop assessments was not stayed. Plaintiffs represented that "the evidence will have already been obtained by the time briefing on this Objection is completed." The Court overrules Plaintiffs' objection [Docket No. 735] as moot. The Court expresses no opinion on their request to exclude evidence.

IT IS SO ORDERED.

Dated: October 22, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge